## BANK OF HARTFORD, INC. *v.* HARRIET T. PARKER (13229)

FOTI, SCHALLER and HENNESSY, Js.

Argued December 2—decision released December 20, 1994

*Harriet T. Parker,* pro se, the appellant (named defendant).

*Scott F. Lewis,* with whom, on the brief, were *Mona E. Hermand* and *Arthur M. Lewis,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed and the case is remanded for the purpose of setting new law days.